Certificate Number: 03088-PAE-DE-030795081

Bankruptcy Case Number: 18-10932



03088-PAE-DE-030795081

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2018, at 9:30 o'clock AM CDT, Brad D Wilhelm completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 29, 2018

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor