# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brad D. Wilhelm <br> *Debtor(s)* | CHAPTER 7 |
| Medallion Bank <br> *Movant* <br> vs. | NO. 18-10932 amc |
| Brad D. Wilhelm <br> *Debtor(s)* | |
| Bonnie B. Finkel Esq. <br> *Trustee* | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Medallion Bank, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TRACKER PRO TEAM 175 TXW , VIN: BUJ22077C313 and 2013 Mercury 60 ELPT; 2013 Trailstar Trailer, VIN: 1C209784; 4TM12DE10DB003447  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  16th  day of  April , 2018.

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Brad D. Wilhelm
45 Nutmeg Lane
Levittown, PA 19054

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Bonnie B. Finkel Esq.
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532