United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brad D. Wilhelm
    Debtor

Case No. 18-10932-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Apr 16, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db        #+Brad D. Wilhelm,    45 Nutmeg Lane,    Levittown, PA 19054-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
        BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
        BRAD J. SADEK    on behalf of Debtor Brad D. Wilhelm brad@sadeklaw.com,    bradsadek@gmail.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Brad D. Wilhelm <br> <u>Debtor(s)</u> | CHAPTER 7 |
| Medallion Bank <br> <u>Movant</u> <br> vs. | NO. 18-10932 amc |
| Brad D. Wilhelm <br> <u>Debtor(s)</u> | |
| Bonnie B. Finkel Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Medallion Bank, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TRACKER PRO TEAM 175 TXW , VIN: BUJ22077C313 and 2013 Mercury 60 ELPT; 2013 Trailstar Trailer, VIN: 1C209784; 4TM12DE10DB003447  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   16th   day of   April   , 2018.

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Brad D. Wilhelm
45 Nutmeg Lane
Levittown, PA 19054

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Bonnie B. Finkel Esq.
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532